IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHEROKEE NATION,<br><br>*Plaintiff,*<br><br>v.<br><br>THE DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants.* | Case No. 1:19-cv-02154-TNM-ZMF |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, the Cherokee Nation ("Plaintiff" or "Tribe") and the Defendants, the Department of the Interior, et al. ("Federal Defendants") hereby stipulate that the claims of the Plaintiff are dismissed with prejudice and that each side shall bear their own fees and costs, in accordance with and subject to the terms of the joint stipulation of settlement lodged by the Plaintiff on January 15, 2025 (ECF No. 133), and entered by this Court on January 16, 2025 (ECF No. 135).

Respectfully submitted this 5th day of March 2025.

1

Chad Harsha
Attorney General
THE CHEROKEE NATION
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 1533
Tahlequah, OK 74465
Tel: 918-453-5369
Fax: 918-458-5580
Email: chad-harsha@cherokee.org

/s/ Anne E. Lynch
Anne E. Lynch, DC Bar No. 976226
Michael D. Goodstein, DC Bar No. 469156
VAN NESS FELDMAN LLP
2000 Pennsylvania Avenue NW #6000,
Washington, DC 20006
Tel: 202-298-1800
Email: alynch@vnf.com
mgoodstein@vnf.com

Michael M. Frandina
ASKMAN LAW FIRM LLC
1543 Champa Street, Suite 400
Denver, CO 80202
Tel: 720-407-4331
Email: michael@askmanlaw.com

Jason B. Aamodt
Dallas L.D. Strimple
INDIAN & ENVIRONMENTAL LAW GROUP
204 Reunion Center
Nine East Fourth Street
Tulsa, OK 74103
Tel: 918-347-6169
Email: jason@iaelaw.com
dallas@iaelaw.com
*Counsel for Plaintiff Cherokee Nation*

ADAM R.F. GUSTAFSON
ACTING ASSISTANT ATTORNEY GENERAL

*/s/ Angela N. Ellis*
ANGELA N. ELLIS
JACOB D. ECKER
Trial Attorneys
Environment & Natural Resources Division
United States Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0479
angela.ellis@usdoj.gov

*Attorneys for Defendants*

*Of Counsel for Defendants:*

JAMES FERGUSON
Acting Director
SHANI N. SUMTER
Attorney-Advisor
VICTORIA A. CEJAS
Attorney-Advisor
CHRISTOPHER K. KING
Attorney-Advisor

Office of the Solicitor, Indian Trust
Litigation Office
U.S. Department of the Interior

THOMAS B. KEARNS
Office of the Chief Counsel
Bureau of the Fiscal Service
U.S. Department of the Treasury

**[PROPOSED] ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice.

Date: _____          _____
                                                                                TREVOR N. MCFADDEN
                                                                                United States District Judge